AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00577 | Date and time warrant executed: November 7, 2018 at 1600 hrs | Copy of warrant and inventory left with: David LEWIS |
| Inventory made in the presence of: HSI agents and federal probation officers | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached seized evidence inventory.

**Certification**  (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: November 26, 2018

Aron Klaff
Executing officer's signature

Aron Klaff, Special Agent HSI
Printed name and title

AUSA: Jake D. Nare, 714-338-3549

# SEIZED EVIDENCE INVENTORY

Date: 11/6/2018
Time: 1625
Case #: 0R0708190R0003
Location: 8550 Commonwealth Ave., Apt. 416, Buena Park, CA

Page 1 of 1

| ITEM # | DESCRIPTION | AMOUNT & UNIT | PLAIN VIEW (CHECK) | ROOM | LOCATION | SEIZED BY |
|---|---|---|---|---|---|---|
| 001 | Samsung Galaxy IMEI: 355213107184035∅ | | | J | room J - table by recliner | Leduc |
| 002 | Patriot Slate 64 GB | | | J | Desk top drawer | Abend |
| 003 | "EMHD 130 LED" ext | | | J | Top drawer Black dresser | Abend |
| 004 | Samsung 64 GB Micro SD card | | | J | found inside "EMHD 130 LED" (see Item 003) | Abend |
| 005 | Dell Inspiron 11 3000 series laptop SN: CTHCKS2 | | | J | on TV tray | Leduc |
| 006 | Scholr Pink tablet SN: 40A185VE0∅ | | | J | Hidden inside AC wall unit | Leduc |

Nothing to follow